UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYLE ALLEN BANTA YOSHIDA,

    Plaintiff,

    v.

BACKROADS,

    Defendant.

Case No. 21-cv-03034-PJH

**STIPULATION FOR SUSPENSION OF DEADLINE**

Re: Dkt. No. 35

    The court has reviewed the parties' stipulated motion for suspension of the date for filing plaintiff's response to defendant's motion to compel arbitration to some unspecified date in the future. The court DENIES the request for an indefinite suspension and instead EXTENDS the date for filing a response for 90 days from the date of this order so that the parties may finalize their tentative settlement.

**IT IS SO ORDERED.**

Dated: September 29, 2021

                                  /s/ Phyllis J. Hamilton
                                  PHYLLIS J. HAMILTON
                                  United States District Judge